O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL RODRIGUEZ, | ) | Case No. CV 11-00916-DDP (DTB) |
| Petitioner, | ) | |
| vs. | ) | ORDER SUMMARILY DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| FRANCISCO J. QUINTANA, Warden, | ) | |
| Respondent. | ) | |

On January 31, 2011, petitioner, who currently is incarcerated at the Federal Correctional Institution located in Adelanto, California ("FCI-Adelanto"), filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody ("Pet.") pursuant to 28 U.S.C. § 2241. In his Petition, petitioner asserts that the Federal Bureau of Prisons failed to credit him for time he served in Illinois state prison for state charges dating back to April, 1998, and seeks an eight year reduction in his current federal sentence. (Pet. at 3-5; Ans. Mem. at 1.) In accordance with the Court's Order Requiring Response to Petition, and after two extensions of time, respondent filed an Answer to Petition for Writ of Habeas Corpus along with a supporting Memorandum of Points and Authorities ("Ans. Mem.") on April 27, 2011.

/ / /

/ / /

1

1  On May 26, 2011, petitioner filed a Notice of Voluntary Dismissal Pursuant to
2  Federal Rules of Civil Procedure Rule 41(a) ("Notice") voluntarily requesting the
3  Court dismiss his Petition without prejudice.
4  Accordingly, the Court GRANTS petitioner's Notice and dismisses the Petition
5  without prejudice.
6  LET JUDGMENT BE ENTERED ACCORDINGLY.

8  DATED: September 15, 2011

   _____
   DEAN D. PREGERSON
   UNITED STATES DISTRICT JUDGE

12 Presented by:

   _____
   David T. Bristow
16 United States Magistrate Judge