O

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DANIEL RODRIGUEZ,                  ) Case No. CV 11-00916-DDP (DTB)
                    Petitioner,    )
                                   ) **J U D G M E N T**
          vs.                      )
                                   )
FRANCISCO J. QUINTANA,             )
Warden,                            )
                                   )
_____   )

    In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed herein,

    IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED:  September 15, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1