O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ,<br><br>    Petitioner,<br><br>    vs.<br><br>FRANCISCO J. QUINTANA,<br>Warden, | Case No. CV 11-00916-DDP (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: September 15, 2011

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1